**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ANEESAH TAYLOR,

               Respondent

           v.

IMANUEL MESIAH A/K/A MICHAEL
BANKOFF,

               Petitioner

:  No. 58 EAL 2024
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

     **AND NOW**, this 4th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.